UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

MYRON DUKES,

                      Plaintiff,

vs.

                                   **VERDICT FORM**

                                   Case #09-CV-6312

C.O. JOHN SCHUCK,
C.O. JAMES DIER,

                      Defendants.

_____

1.     Do you find by a preponderance of the evidence that Defendant John Schuck subjected Plaintiff Myron Dukes to excessive force in violation of his constitutional rights on March 19, 2009?

                Yes _____         No _____✓_____

2.     Were Defendant John Schuck's actions the proximate cause of damages sustained by Plaintiff Myron Dukes?

                Yes _____         No _____✓_____

Only if you answered yes to questions number (1) and (2) above, please answer the following:

What amount, if any, of compensatory or nominal damages will fairly compensate the Plaintiff for any injury, loss, pain or suffering resulting from the use of excessive force against Plaintiff Myron Dukes by Defendant John Schuck?

                $ _____

Only if you answered yes to questions number (1) and (2) above, please answer the following:

What amount, if any, of punitive damages do you find appropriate against Defendant John Schuck?

$ _____

3.    Do you find by a preponderance of the evidence that Defendant James Dier subjected Plaintiff Myron Dukes to excessive force in violation of his constitutional rights on March 19, 2009?

        Yes _____          No _____✓_____

4.    Were Defendant James Dier's actions the proximate cause of damages sustained by Plaintiff Myron Dukes?

        Yes _____          No _____✓_____

Only if you answered yes to questions number (3) and (4) above, please answer the following:

What amount, if any, of compensatory or nominal damages will fairly compensate the Plaintiff for any injury, loss, pain or suffering resulting from the use of excessive force against Plaintiff Myron Dukes by Defendant James Dier?

$ _____

Only if you answered yes to questions number (3) and (4) above, please answer the following:

What amount, if any, of punitive damages do you find appropriate against Defendant James Dier?

$ _____

5..   Were your verdicts as reported above unanimous?

Yes ____✓____         No _____

I certify the above verdict to be true and accurate.

____10/4/2013____                    _Meghan McNamara_____
       Date                              Signature of Foreperson